**FILED**

DEC 27 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VARDUHI AVAGYAN,<br><br>                    Defendant. | CASE NO. 13-cr-04242-MMA<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

    8:1324 (a)(1)(A) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/27/13

                                        /s/ Ruben Brooks
                                        _____
                                        Ruben B. Brooks
                                        U.S. Magistrate Judge